IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| THOMAS JOSEPH FERGUSSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Case No.  06-1585-HU |
| v. | ) | |
| | ) | O R D E R |
| SHARON BLACKLETTER, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

　　　Marc Sussman
　　　Attorney at Law
　　　1906 S. W. Madison Street
　　　Portland, Oregon  97205

　　　　　　Attorney for Petitioner

　　　John Kroger
　　　Attorney General
　　　Jonathan W. Diehl
　　　Assistant Attorney General
　　　1162 Court Street, N. E.
　　　Salem, Oregon  97301

　　　　　　Attorney for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on January 21, 2009. Plaintiff filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Hubel.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated January 21, 2009 in its entirety.

IT IS HEREBY ORDERED that Plaintiff's Amended Habeas Petition (#24) is DENIED. This case is dismissed with prejudice.

DATED this ___8th___ day of April, 2009.

                                /s/ Garr M. King
                                GARR M. KING
                                United States District Judge